THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM KING, Respondent, *v.* CYRUS C. MILLER, as President of the Borough of The Bronx, et al., Appellants.

*People ex rel. King* v. *Miller,* 148 App. Div. ——, affirmed.
(Submitted February 14, 1912; decided March 5, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 9, 1912, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendants to reinstate the relator in the position

of plumbing inspector in the bureau of buildings for the borough of The Bronx, city of New York.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* and *Clarence L. Barber* of counsel), for appellants.

*Milton M. Goldsmith* and *Seymour Mork* for respondent.

Order affirmed, with costs, on opinion of DOWLING, J., below, in the case of *People ex rel. Daly* v. *Henderson* (148 App. Div. 225).

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.